133 A.3d 736

**Lawrence HILL, Petitioner**

v.

**COMMON PLEAS COURT OF PHILADELPHIA COUNTY, Respondent.**

No. 12 EM 2016.

Supreme Court of Pennsylvania.

March 23, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of March, 2016, the Application for Leave to File Original Process and the Petition for Writ of

Mandamus are **GRANTED.** The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days.

The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.